# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-cr-00323-EWN-11

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

11.    **ESTELA MEDRANO,**

    Defendant.

_____

## ORDER DISMISSING COUNTS ONE, TWO, EIGHTEEN AND TWENTY-TWO OF THE INDICTMENT AS TO DEFENDANT ESTELA MEDRANO
_____

Upon the motion of the United States of America and for good cause shown, it is

*ORDERED* that Counts One, Two, Eighteen, and Twenty-Two of the Indictment as those counts relate to Defendant Estela Medrano in the above-captioned case are hereby dismissed.

*DATED this 1st day of November, 2007.*

                              BY THE COURT:

                              s/ Edward W. Nottingham
                              EDWARD W. NOTTINGHAM, CHIEF JUDGE
                              United States District Judge
                              District of Colorado