IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No.   05-cr-00323-MSK

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.     JOSE ELISEO MERAZ,
     a/k/a "Sebo,"
2.     JOSE ELISEO MERAZ, JR.,
     a/k/a "Randy," and
     a/k/a "Randy Mendoza,"
3.     VICENTE DELACRUZ,
     a/k/a "Chino,"
     a/k/a "Manuel," and
     a/k/a "Brother,"
4.     LUIS PENA,
5.     JESUS TORRES GARCIA,
     a/k/a "Uriel,"
6.     LAURA ESTRADA,
     a/k/a "Laurita,"
7.     MARIA IDALIA VALENZUELA,
8.     VICTOR BELTRAN,
9.     JESUS RAMON PEREZ MIRELES,
     a/k/a "Jose,"
10.    LUIS ACEVEDO,
     a/k/a "Baldo,"
**11.    ESTELA MEDRANO**,

     Defendants.

---

## ORDER EXONERATING BOND

---

This criminal action has proceeded to sentencing and a final judgment and conviction,

and the defendant was remanded to the custody of the United States Marshal at sentencing, or

has self-surrendered to the designated facility, as confirmed by the United States Bureau of

Prisons.  As a result, all the conditions of an appearance bond imposed by the court as a pretrial

matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied.

Accordingly, it is

       **ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if

applicable, are released.  It is further

       **ORDERED** that the bail funds or property deposited into the registry of the court shall

hereby be released by the clerk of the court, or a designated deputy, to the surety or the

defendant.

       DATED at Denver, Colorado, this 11th day of February, 2009.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge